UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
SHARONANN GILDEA,                              :
                                               :
             Plaintiff,       :         **ORDER**
                                               :
             -against-        :         02-CV-2011 (DLI) (ETB)
                                               :
DESIGN DISTRIBUTORS, INC.,                     :
                                               :
             Defendant.       :
--------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      By order entered February 9, 2005, a trial on this matter had been tentatively scheduled for May 16, 2005. That trial date is hereby adjourned sine die pending the outcome of a status conference to be held on May 16, 2005 at 10 a.m.

      All parties, including plaintiff, are directed to appear at the May 16, 2005 status conference. Based upon the letters, dated May 5, 2005, submitted by defense counsel, Douglas E. Motzenbecker, and plaintiff's former counsel, Saul D. Zabell, Neil Frank, allegedly plaintiff's new counsel, is also directed to appear. Additionally, Mr. Zabell's request that he be relieved is denied at this time. The question of plaintiff's representation shall be addressed at the May 16th conference.

      In light of the parties' failure to comply timely with the court's order entered March 22, 2005, the parties are advised that failure to comply with the instant order will result in the imposition of a fine and possible dismissal

DATED:    Brooklyn, New York
            May 5, 2005

                                                    /s/
                                        DORA L. IRIZARRY
                                    United States District Judge